# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | |
| Richard Nares<br>YOB: 1972 | ) ) ) ) ) | Case No. 7:21-mj-2653 |
| *Defendant(s)* | | |

United States Courts
Southern District of Texas
FILED

*December 21, 2021*

Nathan Ochsner, Clerk of Court

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of December 20, 2021 in the county of Hidalgo in the
Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 21 USC § 841 | (1) to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance (more than 500 grams methamphetamine to wit: 20.34 kilograms) |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

✓ Continued on the attached sheet.

Complaint authorized by AUSA Alexis Garcia

/s/Kyle Pearson
*Complainant's signature*

Kyle Pearson, HSI Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr.4.1, and probable cause was found on:

Date: 12/21/21 @ 7:46 a.m.

*Judge's signature*

City and state: McAllen, Texas

Juan F. Alanis, U.S. Magistrate Judge
*Printed name and title*

Attachment A                    7:21-mj-2653

On December 20, 2021, at approximately 5:38 pm, Richard NARES, a United States Citizen, presented himself in his personally owned vehicle at the Hidalgo Port of Entry, in Hidalgo, Texas, for admission into the United States from Mexico. NARES was the sole occupant and driver of a white Dodge truck with Texas license plates HLX4412. Registration information showed that NARES is the registered owner of the vehicle.

During the primary inspection at the Hidalgo Port of Entry, the Customs and Border Protection Officer (CBPO) observed two commercial vehicle sized batteries in the back seat of NARES's vehicle.  The CBPO removed and inspected one of the batteries and noticed the weight was inconsistent with previously inspected batteries of similar size. The CBPO shook the battery and noticed a rattling sound which the CBPO considered suspicious. NARES claimed ownership of the batteries to the inspecting CBPO. The CBPO directed NARES to the secondary inspection zone.

During the secondary inspection, a CBPO inspected NARES's two batteries through an x-ray machine which revealed anomalies that were inconsistent with previously inspected batteries of similar type. A CBPO K9 alerted to the presence of an odor of narcotics on one of the batteries. CBPOs dismantled both batteries and located two rectangular shaped plastic wrapped bundles inside each battery. Additional inspections revealed that the truck's two connected batteries under the hood of the vehicle also contained two rectangular shaped plastic wrapped bundles concealed within each battery. The contents of the bundles, 8 in total, each field tested positive for methamphetamine. The 8 bundles collectively weighed 20.34 kilograms.

Homeland Security Investigations Special Agents interviewed NARES in which he was advised of his Miranda Rights. NARES waived the right to the presence of counsel and agreed to provide a statement.

NARES admitted that he intended to transport drugs into the United States from Mexico. NARES stated that he traveled to Mexico, and back into the US with drugs at the direction of others. NARES stated that he intended to turn over the vehicle to unnamed individuals after entering the US with the drugs in the vehicle.  NARES stated that he was expecting financial compensation for his involvement in the drug trafficking trip.